### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | |
|---|---|
| GARY GOFF, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case Number:  7:09-cv-0147-TMP |
| LaSALLE BANK, N.A., | ) ) ) |
| Defendant. | ) |

## SCHEDULING ORDER

      This order is entered under Fed. R. Civ. P.16(b) based on the parties' report of a planning meeting.  This order supersedes any prior orders and governs further proceedings in this action unless modified for good cause shown.

      1. **Pleadings and Parties:** No causes of action, defenses, or parties may be added after July 1, 2009, as to the plaintiff, and August 1, 2009, as to the defendant.  The Plaintiffs shall file their Motion for Class Certification and brief in support of said motion, on or before December 14, 2009.  The Defendants' response to Plaintiffs' motion for class certification shall be due 30 days from the filing of the motion.

      2. **Dispositive Motions:**  All potentially dispositive motions and supporting briefs or evidentiary submissions must be filed by January 11, 2010.  All evidentiary materials and briefs supporting a motion for summary judgment must be filed with the motion.  Upon the filing of a motion for summary judgment, the court will enter a scheduling order for the filing of evidentiary materials and briefs opposing the motion, as well as for the filing of a reply to the opposition.  ALL EVIDENTIARY MATERIALS SUPPORTING OR OPPOSING A MOTION FOR SUMMARY JUDGMENT MUST BE FILED BY THE SUBMISSION DATE; NONE FILED THEREAFTER WILL BE CONSIDERED ABSENT EXTRAORDINARY CIRCUMSTANCES.  LIKEWISE ALL THEORIES AND ARGUMENTS SUPPORTING OR OPPOSING SUMMARY JUDGMENT MUST BE MADE IN THE BRIEFS FILED BY THE SUBMISSION DATE.

      3. **Expert Testimony:** Unless modified by stipulation of the parties, the disclosures of expert witnesses--including a complete report under Fed. R. Civ. P. 26(a)(2)(B) from any specially retained or employed expert--are due:

      From plaintiff(s) by: November 1, 2009
      From defendant(s) by: November 30, 2009.

4. **Discovery limitations and cutoff:**
(a) Unless modified by stipulation of the parties:
- **Depositions:** Maximum 10 per side
- **Interrogatories:** Maximum 40 by any party directed to any other party
- **Document Requests:** Maximum 40 by any party directed to any other party
- **Rule 36 Requests:** Maximum 40 by any party directed to any other party.

(b) Unless modified by court order for good cause shown:
- **Supplementation:** Supplementation of disclosures and discovery under Fed. R. Civ. P.26(e) due by August 16, 2009.
- **Deadline:** All discovery must be commenced in time to be completed by **October 16, 2009.**

5. **Additional conference(s):** After September 4, 2010.

6. **Final lists:** The court will establish deadlines for the exchange of final witness and exhibit lists at the pretrial conference.

7. **Trial:** The parties shall be ready for trial to be scheduled on or after October 4, 2010.

8. **Additional orders:** Inasmuch as this action is currently assigned to the U. S. Magistrate Judge, the parties are hereby DIRECTED to confer and NOTIFY THE COURT JOINTLY IN WRITING WITHIN THIRTY (30) DAYS after the date of this order whether or not all parties consent to the exercise of final dispositive jurisdiction by the magistrate judge pursuant to 28 U.S.C. 636 (c).  **A standard consent form is attached for the convenience of the parties.**

**Marking of Exhibits:** Each party that anticipates offering as substantive evidence as many as six (6) exhibits shall pre-mark its exhibits in advance of trial, using exhibit labels and lists available from the Clerk of Court. By the time of trial, a copy of the exhibit list shall be served and filed, with the exhibits being made available for inspection by opposing counsel; the presentation of evidence at trial will not ordinarily be interrupted for opposing counsel to examine a document that has been so marked and made available for inspection.

**DONE and ORDERED this 20th day of March, 2009.**

**T. MICHAEL PUTNAM**
**U.S. MAGISTRATE JUDGE**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| GARY GOFF, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 7:09-cv-0147-TMP |
| | ) |
| LaSALLE BANK, N.A., | ) |
| | ) |
| Defendant. | ) |

CONSENT TO MAGISTRATE JUDGE AUTHORITY

In accordance with the provisions of 28 U.S.C. § 636(c) and F.R.C.P. 73, the undersigned parties all jointly consent to the exercise of full dispositive authority by the magistrate judge to whom this case was assigned for all proceedings, including jury or non-jury trial and the entry of final judgment. Appeals from decisions, orders, or rulings of the magistrate judge shall be to the United States Court of Appeals for the Eleventh Circuit.

| Signature of Counsel | Party(ies) Represented | Date |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**DO NOT RETURN THIS FORM TO THE CLERK UNLESS COUNSEL FOR ALL PARTIES HAVE CONSENTED AND SIGNED.**