FILED
2009 Dec-04 PM 03:52
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| GARY GOFF, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NUMBER: 7:09-CV-147 |
| | ) |
| LaSALLE BANK, N.A., as Trustee for the | ) |
| MLMI Trust Series 2006-RM4, | ) |
| | ) |
| Defendant. | ) |

## SCHEDULING ORDER

Pursuant to Fed.R.Civ.P. 26(f) and Local Rule 26.1, a planning meeting was held on March 9, 2009, by telephone conference. The parties involved were as follows: Barry Ragsdale, Esq., Earl Underwood, Esq. and Milton Brown, Jr., Esq.  Based on the report of the parties, the following deadlines and orders are ENTERED:

1. Pre-discovery disclosures. The parties will exchange by January 23, 2010, the information required by Local Rule 26.1(a)(1).

2. Discovery plan. The parties jointly propose to the court the following discovery plan:

Discovery will be needed on the following subjects: Each party's substantive claims and defenses; class certification issues.

All Discovery shall be commenced in time to be completed by October 23, 2010.

Maximum of 40 interrogatories by each party to any other party. Responses due 30 days after service.

        Maximum of 40 requests for admissions by each party to any other party. Responses due 30 days after service.

        Maximum of 40 Request for Production of documents.

        Maximum of 10 depositions by Plaintiff and 10 by Defendant.

3. Reports from retained experts under Rule 26(a)(2) are due by:

        From Plaintiffs: July 23, 2010

        From Defendants: August 23, 2010

4. Plaintiff should be allowed until March 23, 2010, to join additional parties and to amend pleadings.

5. Defendant should be allowed until 30 days after Plaintiff's addition to parties and/or claims, whichever is later, to amend pleadings, to add defenses, or to join additional parties.

6. All potential dispositive motions should be filed by October 12, 2010.

7. The parties request a final pretrial conference thirty (30) days before trial.

8. Final lists of trial evidence under Rule 26(a)(3) should be due:

    (A) from Plaintiff: Witnesses by 20 days before trial; exhibits by 20 days before trial;

    (B) from Defendant: Witnesses by 20 days before trial; exhibits by 20 days before trial;

    (C) parties should have 10 days after service of final lists of trial evidence to list objections under Rule 26(a)(3).

9. The case should be ready for trial by November 12, 2010.

10. The parties agree that this schedule and the discovery plan may be amended by agreement of the parties, subject to court approval.

11. Settlement cannot be realistically evaluated prior to the close of discovery but may be assisted by mediation at that time.

12. All deadlines herein are without prejudice to the parties' right to file any motions prior to the agreed deadlines.

DATED this 4th day of December, 2009.

T. MICHAEL PUTNAM
U.S. MAGISTRATE JUDGE