FILED
 2012 Oct-16 PM 03:00
U.S. DISTRICT COURT
    N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| **GARY GOFF,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )  Case No: CV 09-S-147-W |
| | ) |
| **LaSALLE BANK, N.A.,** | ) |
| | ) |
| **Defendant.** | ) |

## MEMORANDUM OPINION

On November 30, 2010, the magistrate judge's report and recommendation was entered and the parties were allowed therein fifteen (15) days in which to file objections to the recommendations made by the magistrate judge. On December 15, 2010, plaintiff filed objections to the magistrate judge's report and recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the magistrate judge's report and recommendation and the objections thereto, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge that defendant's motion for judgment on the pleadings be granted with respect to the remaining claims asserted by plaintiff and this action be dismissed with prejudice.

A separate order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

DONE this 16th day of October, 2012.

                                                   _____
                                                   United States District Judge